# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| KONEN'S KUSTOM POOLS & SPAS, INC., | No. 0:07-bk-00701-JMM |
| Debtor. | Adversary No. 0:08-ap-00313-JMM |
| JIM D. SMITH, Bankruptcy Trustee, | **MEMORANDUM DECISION** |
| Plaintiff, | |
| vs. | |
| FIVE POINT CAPITAL, INC., a corporation; and FINANCIAL PACIFIC LEASING, L.L.C., | |
| Defendants. | |

The court has reviewed the motions for summary judgment filed by each party to this action.

In reviewing the undisputed facts, and the documents, the court FINDS:

1.  The operative document between the parties, a "Lease Agreement" dated August 10-15, 2005, was a true lease. (See, Ex. A to Financial Pacific Leasing's separate statement of facts, ECF No. 25).

2.  The operative document was not a disguised security agreement. Therefore, Article 9 of the Uniform Commercial Code does not apply to the transaction, because a security interest was neither intended nor became viable by operation of law. See ARIZ. REV. STAT. § 47-9109(A)(1).

1          3.     Because it was not a security agreement, the Trustee's arguments

2                 concerning the sufficiency of the description in the UCC-1 Financing

3                 Statement is moot.  This is so because leases are not required to be

4                 perfected in the Office of the Secretary of State.

5          Accordingly, the Trustee's motion for summary judgment is DENIED as to Financial

6   Pacific (ECF No. 21) and Financial Pacific's cross motion for summary judgment (ECF No. 24) is

7   GRANTED.

8          Counsel for Financial Pacific shall lodge a form of judgment consistent with this

9   Memorandum Decision within 15 days.

10

11          DATED AND SIGNED ABOVE.

12

13   To be NOTICED by the BNC ("Bankruptcy Noticing Center") to:

14   Attorney for Debtor
     Trustee
15   John M. Sticht, Attorney for Financial Pacific Leasing
     Five Point Capital, Inc.
16   Office of the U.S. Trustee

17

18

19

20

21

22

23

24

25

26

27

28